# EXHIBIT A

# SUMMONS - CIVIL
JD-CV-1 Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

State of Connecticut
Post Date: 10/20/2021

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.

**Instructions are on page 2.**

DOCKET Number: 2150130449

- [ ] Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
   Amount: $360.00
- [X] Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
   Lost Interest: 001 $340.00
- [X] Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 155 Church Street Putnam, CT 06260 | (860) 928 - 7749 | October 26, 2021 |

| | | At (City/Town) | Case type code (See list on page 2) |
|---|---|---|---|
| [X] Judicial District<br>[ ] Housing Session | G.A. Number: ___ | Windham | Major: T    Minor: 90 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Daniel Reale 20 Dougherty Ave Plainfield, CT 06374 | |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| (860) 377 - 8047 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  [X] Yes  [ ] No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed)
headlinecopy@gmail.com

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: Daniel Reale<br>Address: 20 Dougherty Ave Plainfield, CT 06374 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: Match Holdings II, LLC<br>Address: c/o President or CEO 8750 North Central Expressway Suite 1400 Dallas TX 75231 | D-01 |
| Additional defendant | Name:<br>Address: | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

Total number of plaintiffs: 1   Total number of defendants: 1   [ ] Form JD-CV-2 attached for additional parties

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed (Sign and select proper box) | [ ] Commissioner of Superior Court<br>[X] Clerk | Name of person signing |
|---|---|---|---|
| 9/10/21 | /s/ | | Britney West |

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

File Date: **FILED OCT 19 2021 SUPERIOR COURT JUDICIAL DISTRICT OF WINDHAM**

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|
| | | 9-2-21 | WWMCV-21-S013044 |

Print Form   Page 1 of 2   Reset Form

RETURN DATE: OCTOBER 26, 2021     SUPERIOR COURT J.D.

DANIEL REALE     OF WINDHAM AT

VS     PUTNAM

MATCH GROUP HOLDINGS, LLC     SEPTEMBER 2, 2021

### COMPLAINT

#### COUNT ONE: FRAUD

1. The Plaintiff is a resident and consumer in Plainfield, Connecticut.

2. The Defendant is a Texas Corporation doing business in this State without having an agent for service. It solicited the Plaintiff's business and others similarly situated through its product called Tinder.

3. Tinder is purportedly a platform that allows single people to find dating partners, and the Defendant solicited the Plaintiff to send money in order to use the app, which he has for more than two years.

4. Tinder purposefully conceals who is interested unless a user upgrade his or her account to "Gold" or "Platinum". The Plaintiff was a long time Platinum user.

5. The Defendant wilfully misrepresents that there are plenty of actively available female users on the Tinder platform. In fact, only 21% of the users are female, and many accounts



A-2

purporting to be female users are fake. The Defendant purposefully allows fake accounts to operate.

6. The Defendant's system purposefully buries users' profiles operating on the free version. It also tells users of the free version that they purportedly have new matches, but refuse to disclose who those matches are unless the user upgrades. When the user (like the Plaintiff) does upgrade or renew the subscription, he finds that there was no actual match.

7. The Tinder platform is purposefully designed to discourage users from going on actual dates or successfully finding relationships such that users continue using Tinder. These deceptive biases in the Tinder platform include:

    (a) Wilful failure to adopt or enforce protocols that protect female users from stalkers, physical assault or sexual assault. The Defendant allows repeatedly reported accounts to continue on the platform.

    (b) The purposeful solicitation of personal health status and promotion of the awareness of Black Lives Matter and COVID by way of stickers. The Tinder platform even has a "vaccine center" to solicit sensitive personal information. Promoting awareness and fear of COVID discourages people from actually meeting in person, as

does the purposeful introduction of political topics even prior to any first date.

(c) Tinder operates exactly like a slot machine, but with worse odds. It first prefers those who pay the most money while setting up a slot machine environment that, for a nominal fee of $5.99, will set a number of "boosts", and it even offers a "super boost" for over $35 as well as "super likes", which don't actually promote a user being seen as much as the platform purports. Tinder also is designed like a slot machine and a video game in that it continues to prompt the better to continue hitting it and feeding the platform money.

8. The Defendant's own product conspires against the Plaintiff and users similarly situated. In representing that the vast majority of users will actually find dates and relationships of any meaningful pairing, the Defendant makes a representation that is not true, and it knows to not be true, and one that the Plaintiff and others similarly situated rely on to their own detriment.

9. As a result of the foregoing conduct, the Plaintiff was damaged.

## COUNT TWO NEGLIGENT MISREPRESENTATION

1-9. The Plaintiff reallages ¶¶1-9 and incorporates the same from Count One by reference in this Count.

10. The Defendant knew or should have known the representations it made were not true or were misleading and inaccurate.

11. As a consequence of the foregoing representations, the Plaintiff relied on them. He spent many dollars and hundreds of hours of time relying on them, and was accordingly

## COUNT THREE: CONNECTICUT UNFAIR TRADE PRACTICES ACT

1-9. The Plaintiff reallages ¶¶1-9 and incorporates the same from Count One by reference in this Count.

10. The Defendant engaged in the foregoing conduct in the course of trade and business without having a registered agent in this State, which violates public policy. Doing this electronically over the Internet to obtain the Plaintiff's money constitutes wire fraud for the purposes of §18 USC §1343, which also violates public policy.

11. The Defendant collected and attempted to collect from the Plaintiff and others personal health information, specifically, whether or not the users have been vaccinated. It had decided to take zero steps as required in order to store, handle or

categorize Personal Health Information (PHI) as regulated by the Health Insurance Portability and Accountability Act of 1996 (HIPPA), which is immoral, unscrupulous and offensive to public policy, to wit:

 A. The Defendant willfully never developed policies as a "covered entity" for the purposes of 45 CFR §160.103 so as to address the storing, handling, accessing or usage of "*Individually identifiable health information*", "*Health information*", "*Protected health information*" or "*use*" of the same for the purposes of §160.103;

 B. The Defendant willfully never set up or developed any accounting system for such information as required by 45 CFR §164.528 so as to address the storing, handling, accessing or usage of "*Individually identifiable health information*", "*Health information*", "*Protected health information*" or "*use*" of the same, or to limit the inadvertent or wrongful disclosure or use of the same to any of its agents or contractors or subcontractors;

 C. The Defendant, by willing choice, never set up documentation retention and storage protocols required by 45 CFR §164.530(j) so as to comply with the handling and usage of PHI;

D. The Defendant has no privacy officer or other official as contemplated by 45 CFR §164.530(a) to develop such policies regarding customer PHI or a point of contact for the Office of Civil Rights to reach in the event where PHI handled, collected, disseminated or stored for the purposes of pretended compliance with the Governor's Executive Orders re mask mandate exemptions;

E. The Defendant has no compliance training or program for the handing, storage or usage of PHI as contemplated by 45 CFR §164.530(b);

F. The Defendant has no safeguards or data security policies for the handing, storage or usage of PHI as contemplated by 45 CFR §164.530(c);

G. The Defendant has no complaint procedure in place for complaints regarding the access, storage and usage of PHI as contemplated by 45 CFR §164.530(d);

H. On information and belief, the Defendant has trained some or most of its employees in one or more of its store to demand or request PHI through the Tinder platform under false pretenses that it has no intention of honoring HIPPA in any material way;

      J. The Defendant has a policy of willful noncompliance with 45 CFR §164.530(j); and

      K. The Defendant has, purposefully, shared the engaged in the unsolicited sharing of PHI of its users millions of times, including thousands of times with the Plaintiff, and has done this for the express purpose of making its user so fearful of COVID that they would not meet actual dates in person, and did it for the purpose of keeping users on the platform and out of any actual serious or long term relationship.

12. As a consequence of the foregoing, the Plaintiff has suffered an ascertainable loss.

13. A copy of this Complaint is or will be transmitted to the Attorney General.

WHEREFORE, the Plaintiff claims:

    A. Damages
    B. Punitive Damages
    C. Treble damages under CGS §52-564 for civil theft and fraud
    D. Punitive Damages pursuant to CGS §42-110g
    E. A court appointed receiver to secure stolen sums from the Plaintiff and others similarly situated and to also secure PHI falsely procured
    F. A prejudgment remedy in the amount of $50,000
    G. Costs and Attorney Fees
    H. Pre and post judgment interest
    I. Other relief the Court deems proper

THE PLAINTIFF,

*/s/ Daniel Reale*
Daniel Reale
20 Dougherty Ave
Plainfield, CT 06374
(860) 377-8047
headlinecopy@gmail.com

| | |
|---|---|
| RETURN DATE: OCTOBER 26, 2021 | SUPERIOR COURT |
| DANIEL REALE | J.D. OF WINDHAM |
| VS | AT PUTNAM |
| MATCH GROUP HOLDINGS, LLC | AUGUST 9, 2021 |

STATEMENT OF AMOUNT IN DEMAND

The Plaintiff claims in excess of $15,000.

THE PLAINTIFF

*[signature]*

Daniel Reale
20 Dougherty Ave
Plainfield, CT 06374
(860) 377-8047
headlinecopy@gmail.com

STATE OF CONNECTICUT}
          } SS: HARTFORD,   SEPTEMBER 28, 2021
COUNTY OF HARTFORD }


  Then and by virtue hereof on the 28th day of September, 2021, By the direction of the Plaintiff, I made due and legal service pursuant to C.G.S. 34-243r and 34-275a, unauthorized foreign LLC, on the within named Defendant, **MATCH HOLDINGS, LLC,** by leaving two (2) copies of the within original, **Writ, Summons, Complaint, and Statement of Amount in Demand,** with and in the hands of the clerk in charge of the office of Denise Merrill, Secretary of State for the State of Connecticut. Said Secretary of State is the duly authorized agent to accept service for the within named, in the City of Hartford.


  The within is the **Writ, Summons, Complaint, and Statement of Amount in Demand,** with my doings hereon endorsed.


FEES:

| | |
|---|---|
| Pages | $ 20.00 |
| Endorsements | 3.60 |
| Service | 40.00 |
| Travel | - |
| Sec. State | 50.00 |
| | |
| Total | $ 113.60 |

ATTEST:

ALEX J. RODRIGUEZ
STATE MARSHAL
HARTFORD COUNTY

FILED
OCT 19 2021
SUPERIOR COURT
JUDICIAL DISTRICT OF WINDHAM

DOCKET NO. WWM-CV21-5013044-S     SUPERIOR COURT

DANIEL REALE     J.D. OF WINDHAM

VS     AT PUTNAM

MATCH GROUP HOLDINGS, LLC     OCTOBER 28, 2021

## MOTION FOR DEFAULT FOR FAILURE TO APPEAR

The Plaintiff moves, pursuant to Practice Book §17-20 for failure to appear. The return of service reflects that the Defendant has in fact been served.

Wherefore, the Plaintiff respectfully asks that a default for failure to appear enter.

THE PLAINTIFF,

Daniel Reale
20 Dougherty Ave
Plainfield, CT 06374
(860) 377-8047
headlinecopy@gmail.com

## CERTIFICATE OF SERVICE

I, Daniel Reale, hereby certify that I transmitted a copy of the foregoing via certified mail to the Defendant Match Group Holdings II, LLC Attn: President & Legal Department 8750 North Central Expressway Suite 1400 Dallas, TX 75231 on or before October 28, 2021 via certified mail USPS No. 70190700000232483299.

Daniel Reale

A-12

| | ORDER   089996 |
|---|---|
| DOCKET NO: WWMCV215013044S | SUPERIOR COURT |
| REALE, DANIEL<br>V.<br>MATCH HOLDINGS II, LLC | JUDICIAL DISTRICT OF WINDHAM<br>     AT PUTNAM<br><br>11/9/2021 |

<u>ORDER</u>

ORDER REGARDING:
10/29/2021 101.00 MOTION FOR DEFAULT -FAILURE TO APPEAR PB 17-20

The foregoing, having been considered by the Court, is hereby:

ORDER: GRANTED

Motion for Default for Failure to Appear has been granted against MATCH HOLDINGS II, LLC.*

*If you file an appearance in this case before judgment is entered against you, the default for failure to appear will automatically be set aside by the clerk. Practice Book Sec. 17-20.

Judicial Notice (JDNO) was sent regarding this order.

                                        089996
                                        _____
                                        Judge: BY THE COURT
                                        Processed by: John Sullivan

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

# APPEARANCE
JD-CL-12 Rev. 1-12
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions —** *See Back/Page 2*

| Return date |
|---|
| Oct-26-2021 |

| Docket number |
|---|
| WWM-CV-21-5013044-S |

### Notice To Self-Represented Parties
*A self-represented party is a person who represents himself or herself.* If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*
REALE, DANIEL  v. MATCH HOLDINGS II, LLC

☐ Judicial District  ☐ Housing Session  ☐ Small Claims  ☐ Geographic Area number ___

**Address of Court** *(Number, street, town and zip code)*
155 CHURCH STREET PUTNAM, CT 06260

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

**Name of self-represented party** *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation, or individual attorney
WIGGIN & DANA LLP

**Juris number of attorney or firm**
067700

**Mailing Address** *(Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)*
PO BOX 1832

**Post office box**

**Telephone number** *(Area code first)*
203-498-4400

| City/town | State | Zip code | Fax number *(Area code first)* | E-mail address |
|---|---|---|---|---|
| NEW HAVEN | CT | 06508 | 203-782-2889 | jdoroghazi@wiggin.com |

**in the case named above for:** *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☐ The Plaintiff *(includes the person suing another person)*.
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____
☐ The Defendant *(includes the person being sued or charged with a crime)*.
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only)*.
☐ All Defendants.
☐ The following Defendant(s) only: _____
☒ Other *(Specify)*: Match Group, LLC (incorrectly named in summons)
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*
  ☐ matters in the Family Division of the Superior Court    ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file (P.B. Sec. 3-8): _____
   *(Name and Juris Number)*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13**   ☐ Yes   ☐ No

| Signed *(Individual attorney or self-represented party)* | Name of person signing at left *(Print or type)* | Date signed |
|---|---|---|
| ▶ 426162 | JOHN MATTHEW DOROGHAZI | Nov 22 2021 |

## Certification
I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* **Nov 22 2021** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

**Name and address of each party and attorney that copy was mailed or delivered to***
DANIEL REALE (Self Represented) - 20 DOUGHERTY AVE PLAINFIELD, CT 06374

*For Court Use Only*

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed | Telephone number |
|---|---|---|---|
| ▶ 426162 | JOHN MATTHEW DOROGHAZI | Nov 22 2021 | 203-498-4400 |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

**A-14**

| | |
|---|---|
| DOCKET NO.: WWM-CV21-5013044-S | SUPERIOR COURT |
| : | J.D. OF WINDHAM AT PUTNAM |
| DANIEL REALE, : | |
| V. : | |
| MATCH HOLDINGS II, LLC : | |
| : | NOVEMBER 22, 2021 |

## NOTICE OF APPEARANCE

Please take notice that Match Group, LLC ("Match")—which was incorrectly named in the summons as "Match Holdings II, LLC"; was incorrectly named in the complaint as "Match Group Holdings, LLC"; and has not been properly served in this action—has today filed a notice of appearance in this action. In accordance with Practice Book Section 17-20(d), Match understands the Court's November 9, 2021 Order granting Plaintiff's Motion for Default for Failure to Appear is now automatically set aside by operation of law. Match reserves all of its rights with respect to this action, including, without limitation, its defenses with respect to improper service and lack of personal jurisdiction.

Dated: November 22, 2021                    MATCH GROUP, LLC

                                                        By:*/s/ John M. Doroghazi*
                                                          Wiggin and Dana LLP (067700)
                                                          John M. Doroghazi
                                                          One Century Tower
                                                          P.O. Box 1832
                                                          New Haven, CT 06510
                                                          Tel: 203-498-4400
                                                          jdoroghazi@wiggin.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on November 22, 2021, a copy of the foregoing was filed electronically and served by email or mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

Daniel Reale
20 Dougherty Avenue
Plainfield, CT 06374
headlinecopy@gmail.com

                                                          */s/ John M. Doroghazi*
                                                          John M. Doroghazi